# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRAWFORD,<br>   Petitioner,<br> v.<br>D. SAMUEL, Warden,<br>   Respondent. | NO. LA CV 22-03123 VBF (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the records herein, and the Report and Recommendation ("R&R"). The time for objections has passed and no objections have been filed. Finding no error of law, fact or logic in the R&R, the Court accepts the findings and recommendations set forth in the R&R.

Accordingly, IT IS ORDERED that:

(1) the claim in the Petition is DENIED;

(2) Petitioner's belated request for a stay and abeyance so he may exhaust his claim in the state courts (**dkt. no. 10**) is DENIED as MOOT; and

(3) Judgment shall be entered dismissing this action with prejudice.

DATED: March 31, 2023            /s/ Valerie Baker Fairbank

                          _____
                          VALERIE BAKER FAIRBANK
                         SENIOR UNITED STATES DISTRICT JUDGE