JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN CRAWFORD, | ) | NO. CV 22-3123 VBF (KS) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| D. SAMUEL, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Conclusions of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  March 31, 2023                    /s/ Valerie Baker Fairbank

_____
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE